This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38599**

**RITA WEST, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT NELSON WEST,**

Plaintiff-Appellant,

v.

**BERNALILLO COUNTY BOARD OF COMMISSIONERS, FIRE AND RESCUE DEPARTMENT #43, and BERNALILLO COUNTY FIRE AND RESCUE DEPARTMENT #46,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Rita West
Edgewood, NM

Pro Se Appellant

Kennedy, Moulton & Wells, P.C.
Deborah Denise Crow Wells
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**VARGAS, Judge.**

**{1}** Plaintiff appeals following the dismissal of her complaint. We previously issued a notice of proposed summary disposition, in which we proposed to affirm. Plaintiff has filed a memorandum in opposition. After due consideration, we remain unpersuaded. We therefore uphold the disposition rendered below.

**{2}** The background information and relevant principles of law have previously been set forth. We will avoid undue reiteration here, and focus instead on the content of the memorandum in opposition.

**{3}** Plaintiff continues to advance a variety of questions of fact relating to the circumstances surrounding her husband's death. [Unnumbered MIO 1-4] However, the issue presented both at the district court level and on appeal is whether Plaintiff's complaint was sufficient, as a matter of law, to state a claim. For the reasons described in the notice of proposed summary disposition, it was not. [CN 2-5] We find nothing in the memorandum in opposition which would support a different result. We therefore conclude that the complaint was properly dismissed.

**{4}** Accordingly, for the reasons stated in our notice of proposed summary disposition and above, we affirm.

**{5}** **IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**BRIANA H. ZAMORA, Judge**